AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br><br>Chad Haeberle<br><br>*Defendant(s)* | )<br>)<br>) Case No. 25-mj-639-MTS<br>)<br>) FILED UNDER SEAL<br>) |

**FILED**
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT
JUL 25 2025

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2025__ in the county of __Tulsa__ in the Northern District of Oklahoma, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 115(a)(1)(B) | Threat to Assault, Kidnap, or Murder a United States Official |

This criminal complaint is based on these facts:

See Attached Affidavit by U.S. Capitol Police Special Agent Vincent Veloz

☑ Continued on the attached sheet.

Veloz, Vincent NMI.
Digitally signed by Veloz, Vincent NMI.
Date: 2025.07.25 18:44:28 -04'00'

*Complainant's signature*

Special Agent Vincent Veloz, U.S. Capitol Police
*Printed name and title*

Sworn to before me by phone.

Date: 07/25/2025 at 6:06pm

Mark T. Steele
*Judge's signature*

City and state: Tulsa, OK

Mark T. Steele, U.S. Magistrate Judge
*Printed name and title*

## Affidavit in Support of an Arrest Warrant
## in the Northern District of Oklahoma

I, Vincent Veloz, being duly sworn under oath, do hereby depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the United States Capitol Police ("USCP"), where I have served since September 2005. I am currently assigned to the USCP Investigations Division, Threat Assessment Section ("USCP/TAS"). Prior to working in the Investigations Division, I was assigned to the Capitol Division, First Responder Unit ("FRU") until March 2017. I am a graduate of the Mixed Basic Police Training and the Criminal Investigator Training Program at the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia. I have completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques. In the course of my employment as a Special Agent with the USCP, I have received training in, and have experience with, the application for and execution of both search and arrest warrants. I have also received training in, and have experience with, assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence. I have participated in and conducted investigations involving multiple different violations of federal law, including stalking, cyberstalking, and the transmission of threatening communications to members of Congress.

2.  As a result of my training and experience as a USCP Agent, I am familiar with Federal criminal laws. I know that under 18 U.S.C § 115(a)(1)(B),

Threat to Kidnap, Assault, or Murder a United States Official is a violation of federal law. The statute states in relevant part:

> (a)(1)Whoever—(B) threatens to assault, kidnap, or murder, a United States official, United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under section, with intent to with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties, shall be punished as provided in subsection (b)…
>
> (c)(4) "United States official" means the President, President-elect, Vice President, Vice President-elect, a Member of Congress, a member-elect of Congress, a member of the executive branch who is the head of a department listed in 5 U.S.C. 101, or the Director of the Central Intelligence Agency.

3. The facts and information contained in this affidavit are based upon my direct participation in this investigation and based upon facts as relayed to me by other law enforcement officers. This affidavit is submitted for the limited purpose of establishing probable cause for the charged offense. As a result, I have not included each and every fact known to me regarding this matter.

4. This affidavit is made in support of a criminal complaint and arrest warrant for Chad Allen **HAEBERLE** (hereinafter "**HAEBERLE**") for violations of Title 18, United States Code, section 115(a)(1)(B) – Threat to Assault, Kidnap, or Murder a United States Official.

## PROBABLE CAUSE

5. On or about July 23, 2025, staff for United States Congressman Josh Brecheen (Representative for Oklahoma's Second Congressional District), contacted US Capitol Police, Threat Assessment Section (USCP/TAS), to report a "threat from Chad **HAEBERLE**." **HAEBERLE**, using email bamfcah@gmail.com, sent the following threatening message to Congressman Brecheen: "I will literally murder you and you should take this as a serious and credible threat."[sic]

6. **HAEBERLE** is of prior record with USCP/TAS for an incident that was reported on January 18, 2025, in which staff for Congressman Brecheen reported receiving a "threatening email" on January 17, 2025 from Chad **HAEBERLE** in response to a newsletter with the subject title "Update from the Desk of Congressman Josh Brecheen."

7. On or about January 17, 2025, **HAEBERLE**, using the same email bamfcah@gmail.com, sent the following message to Congressman Brecheen: "Hey whoever sees this reply. Go ahead and Flag this response as containing specific terrorists threats against Josh Brecheen. I'm not gonna actually make those threats but I'd like it to be just ambiguous enough to make you consider leaving your job and make Joshu boy unable to sleep at night. Josh is a fascist shitbag licking Trump's boot at every

opportunity. His policies are a threat to his constituents and the country.

He should be removed from office, violently if necessary."[sic]

8. On or about December 23, 2024, **HAEBERLE**, sent the following email message to Congressman Josh Brecheen:

Mr. Chad Haeberle
bamfcah@gmail.com
210 N 1st St, #29
Jay, OK 74346-3350
479-228-7609
DEBT AND SPENDING (OPP JOSH) PHONE
Deny. Defend. Depose
Killing that CEO was a favor to the people of our nation.
I've been in the workforce for 18 years now. I had a "good" factory job where I busted my ass every day and make "good" money doing it.
In the 18 years I've more than tripled my hourly rate.
My current apartment is smaller, shittier in many ways, and costs more than the first one I ever had.
I have never been able to save more than $1000 without some emergency wiping it out again. I have no hope of retirement or ever owning a home.
I have never taken a vacation.
I've never been to a concert or gotten a tattoo or traveled, or even owned a vehicle worth more than $1000. All things that I dream of.
I'll be starting the new year with an over drafted bank account, again, despite having so little, working so much, and never breaking any rules.
I'm tired of being so fucking poor no matter what I do and it's time for the rich to start being scared.
It's time for class war and I fully intend to fight in it with everything I have. I have noting to lose. Every man hour spent researching, tracking, planning, processing, and dissecting me is one not spent harassing the homeless. Every tax dolar spent to put me behind bars and keep me there is one not used to put a sniper bullet through the head of a Palestinian child.
I hope this email keeps you up at night. It should. Come fucking get me, coward.

9. Law enforcement conducted an open-source database search for the email bamfcah@gmail.com, and that email returned to Chad **HAEBERLE**.

10. A search of the NLETS database, a database accessible by law enforcement, on **HAEBERLE** revealed an Oklahoma driver's license, with license number H082718088, valid through September 30, 2031, with an address of 210 N 1st St, Jay, OK, 74346. This residence is located within the Northern District of Oklahoma.

11. On or about July 23, 2025, an exigent request submitted to Google for subscriber information associated with Gmail account bamfcah@gmail.com revealed the account subscriber name as "Chad HAEBERLE" and the only one IP address used by this account as 38.133.227.99.

12. An open source database search on IP address 38.133.227.99 revealed the location as Jay, Oklahoma, and Grand Telephone Co. as the service provider.

13. An exigent request submitted to Grand Telephone Co. for subscriber information associated with IP address 38.133.227.99 revealed the customer as "Chad HAEBERLE" and the service address as 210 N. 1st, Apt. # 29. This is the same address listed on **HAEBERLE**'s Oklahoma driver's license as indicated in paragraph 10 of this affidavit.

14. On or about July 25, 2025, during a telephonic interview, Congressman Brecheen stated to your affiant that he was very concerned for his and his family lives.

## CONCLUSION

Based on the information set forth above, I believe there is probable cause **HAEBERLE** committed the offense described herein and request the Court issue a Complaint and Arrest Warrant for **Chad Allen HAEBERLE** for threatened to murder Congressman Josh Brecheen, member of the US House of Representatives for Oklahoma's Second Congressional District, in violations of Title 18, United States Code, section 115(a)(1)(B).

Respectfully submitted,

**Veloz, Vincent NMI.** Digitally signed by Veloz, Vincent NMI.
Date: 2025.07.25 18:45:31 -04'00'

Vincent Veloz
Special Agent
United States Capitol Police

Subscribed and sworn via phone on the 25th day of July, 2025 at 6:06pm.

Mark T. Steele
MARK T. STEELE
UNITED STATES MAGISTRATE JUDGE