## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 25-mj-639-MTS |
| ) | |
| CHAD HAEBERLE, ) | |
|     Defendant, ) | |

**UNOPPOSED MOTION FOR COMPETENCY
EVALUATION AND DETERMINATION**

COMES NOW Lance B. Phillips, CJA appointed attorney, for Chad Haeberle and respectfully moves for a competency evaluation and determination of Mr. Haeberle pursuant to Title 18 U.S.C. § 4241. In support of said motion counsel would states as follows:

1. Tara Heign, Assistant United States Attorney, has no objection to this motion.

2. On July 25, 2025 a single count Complaint was filed alleging Threat, Kidnap or Murder a United States Official in violation of 18 U.S.C. §115(a)(1)(B).

3. Mr. Haeberle had his initial appearance before Magistrate Judge Christine D. Little on July 29, 2025.

4. Title 18 U.S.C. § 4241 (a) provides:

   "At any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant, or at any time after the commencement of probation or supervised release and prior to the completion of the sentence, the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant. The court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."

5. A defendant is competent to stand trial if he has "the capacity to understand the

nature and object of the proceedings against him, to consult with counsel, and to assist in preparing his defense." *United States v. Landers*, 564 F.3d 1217, 1221 (10th Cir. 2009) (citing *Drope v. Missouri*, 420 U.S. 162, 171 (1975)); see also *Dusky v. United States*, 362 U.S. 402, 402 (1960).

6. Counsel has met with Mr. Haeberle and this meeting has raised questions that he may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Counsel believes an evaluation as to his competency is needed before any further conversations related to the allegations charged in the Complaint or discussions about the next steps in his case can take place.

Accordingly, counsel for Mr. Haeberle respectfully requests the Court enter an order for a psychiatric or psychological examination of him and a report filed with the Court, pursuant to Title 18 U.S.C. § 4241(b). After such examination is conducted and report filed the Court should conduct a competency hearing and make a competency determination in regard to Mr. Haeberle.

RESPECTFULLY SUBMITTED,

*S/ Lance B. Phillips*
LANCE B. PHILLIPS, OBA#17120
7 Mickey Mantle Dr., suite 377
Oklahoma City, OK 73104
(405) 235-5944
lancebp2000@yahoo.com
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing was sent via ECF e-mail on the 30th day of July, 2025 to:

Tara Heign and Nathan Edward Michel, Assistant United States Attorneys

*S/ Lance B. Phillips*