

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD ALLEN HAEBERLE,<br>a/k/a "bamfcah@gmail.com,"<br><br>Defendant. | Case No. 25 CR - 2 7 3 JFH<br><br>**INDICTMENT**<br>[COUNT ONE: 18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4) – Threat to Assault, Kidnap, and Murder a Member of Congress; COUNT TWO: 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5) – Cyberstalking] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
[18 U.S.C. §§ 115(a)(1)(B) and 115(b)(4)]

From on or about December 23, 2024, to on or about July 23, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **CHAD ALLEN HAEBERLE**, a/k/a "bamfcah@gmail.com," threatened to assault, kidnap, and murder United States Representative Josh Brecheen with the intent to impede, intimidate, and interfere with Representative Brecheen while he was engaged in his official duties, and to retaliate against Representative Brecheen on account of the performance of his official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT TWO
### [18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5)]

From on or about December 23, 2024, to on or about July 23, 2025, in the Northern District of Oklahoma and elsewhere, the defendant, **CHAD ALLEN HAEBERLE**, a/k/a "bamfcah@gmail.com," knowingly used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facility of interstate and foreign commerce with intent to harass and intimidate United States Representative Josh Brecheen by engaging in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Representative Josh Brecheen, his spouse Kacie Brecheen, and his immediate family.

All in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
NATHAN E. MICHEL  
Assistant United States Attorney

*/s/ Grand Jury Foreperson*  
Grand Jury Foreperson