# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHAD HAEBERLE,

        Defendant.

Case No. 25-CR-00273-JFH

### Motion for One-Level Reduction
### for Acceptance of Responsibility

The government moves to reduce the defendant's total offense level by one additional level for early acceptance of responsibility under United States Sentencing Guidelines § 3E1.1(b).  In support of its motion, the Government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently.

Accordingly, the Government asks this Court to decrease defendant's offense level by one additional level, as provided for in United States Sentencing Guideline § 3E1.1(b).

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY


/s/ Christopher Kelly
CHRISTOPHER KELLY, NY Bar #4477873
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700


### Certificate of Service

I hereby certify that on the 1ST day of May, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Lance Phillips
*Defense Counsel*


/s/ Christopher Kelly
CHRISTOPHER KELLY
Assistant United States Attorney